**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2433

NATHANIEL LENARD BUTLER,

             Plaintiff - Appellant,

     v.

MONTGOMERY COUNTY GOVERNMENT,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   J. Frederick Motz, Senior District
Judge.  (8:12-cv-02605-JFM)

Submitted:  February 27, 2014        Decided:  March 4, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nathaniel Lenard Butler, Appellant Pro Se.   Edward Barry
Lattner, Silvia Carolina Kinch, COUNTY ATTORNEY'S OFFICE,
Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Lenard Butler appeals the district court's order granting summary judgment in favor of Montgomery County Government in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Butler v. Montgomery County Gov't, No. 8:12-cv-02605-JFM (D. Md. Oct. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED